# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION
## CIVIL DIVISION



Case Number:

__25CV171__
Non-Jury Trial

**[Plaintiff] Injured Party**
:Edward-Frederick:, III family of McCallum

v.

**[Defendant(s)]**
Kannapolis Police Department
Mueller Automotive

## COMPLAINT FOR CIVIL CASE

I. **The Parties to This Complaint**

   A. **The [Plaintiff] Injured Party**

   Edward-Frederick:, III    (Family Name) McCallum
   c/o 223 Newport Drive(Non-Domestic Temporary)
   [Kannapolis, 28081]
   910-220-6416
   Eddie.McCallum@proton.me

   B. **Defendant(s):**

   1. Kannapolis Police Department
      401 Laureate Way
      Kannapolis, Cabarrus County
      North Carolina, 28081
      704-920-4009

      - Officer Smith(Official Capacity) @ Traffic Stop
      - Officer Smith(Private Capacity) @ Traffic Stop
      - Officer Pettit(Official Capacity) @ Traffic Stop
      - Officer Pettit(Private Capacity) @ Traffic Stop
      - Sergeant Hamilton(Official Capacity) @ Traffic Stop
      - Sergeant Hamilton(Private Capacity) @ Traffic Stop
      - Unnamed Officer(Official Capacity) @ Traffic Stop

- Unnamed Officer(Private Capacity) @ Traffic Stop
- Unnamed Officer(Official Capacity) @ Traffic Stop
- Unnamed Officer(Private Capacity) @ Traffic Stop
- Captain Jennifer H. Clarke(Official Capacity) @ KPD Complaint
- Captain Jennifer H. Clarke(Private Capacity) @KPD Complaint
- Chief Terry Spry(Official Capacity) @ KPD Complaint
- Chief Terry Spry(Private Capacity) @ KPD Complaint
- Christopher D. Hill(Official Capacity) @ KPD Complaint
- Christopher D. Hill(Private Capacity) @ KPD Complaint

2. Mueller Automotive
   2937 Lane St.
   Kannapolis, Cabarrus County
   North Carolina, 28083
   704-934-2600

## II. Basis for Jurisdiction
- Federal Question

### A. If the Basis for Jurisdiction Is a Federal Question

All actions are a violation of my personal treaty I have on file with the NC Secretary of State and Federal Government as well as Filed on a UCC in Colorado State.

- 4th Amendment to the Constitution guaranteeing the right to be secure in my persons and property
- 4th Amendment to the Constitution guaranteeing warrants will only be issued on probable cause describing the specific place to be searched and the person and thing to be seized at the probable cause hearing
- 5th amendment guaranteeing the right to not self incriminate or be deprived of life, liberty, or property
- 8th amendment guaranteeing no excessive bail or fines. No cruel and unusual punishment
- 9th amendment guaranteeing the rights are with the people and can not be disparaged
- 13th amendment protects against involuntary servitude
- 14th amendment guarantees due process and equal protection under the law

18 U.S. Code § 219 - 18 U.S. Code § 241, 18 U.S. Code § 242, 18 U.S. Code § 1001, 18 U.S. Code § 1201,

18 U.S. Code § 2071, 18 U.S. Code § 1343, 28 U.S. Code § 2007, 18 U.S. Code § 2071,

31 U.S. Code § 3729, 42 CFR § 488.301

### III. Statement of Claim

1. On February 15th, 2025 around 8:00 pm, I left my home to grab coffee at Dollar General on South Main St. in Kannapolis, North Carolina and stopped to get gas on the way there. Upon checking out I realized I lost my wallet since I left the gas station. On my way to my car a KPD Officer came in talking to the DG Manger. Pulling out of DG parking lot there were two KPD Officers waiting and pulled out behind me when I left. I was overwhelmed with fear, stress, and PTSD and turned into a private parking lot when they turned their emergency lights on in a nonemergency situation. Officer Pettit and an Unnamed Officer got out demanding I present my registration, ID, and proof of insurance after I rolled my windows down and interior lights on for their safety. I explained I had a family name and not a last name as I was afraid they would identify me as a legal fiction and agent of the United States being all federal corporation "government "ID's" identify you as a fiction under their corporate policies, they demanded my first name but I didn't answer fast enough and they came around opening my driver side door to pull me out without Probable Cause, corpus delecti, or Reasonable Articulable Suspicion that a crime had been committed. Regardless, a corporation is NOT a sovereign government authority, they are only acting in governmental capacity because the DMV has identified us as corporate legal fictions that are subjected to corporate statutes and codes.
2. Officer Smith, Sergeant Hamilton, and a 3rd unnamed officer came around, opened my door pulled me out, put me in handcuffs, detained me and placed me in their car. Unlawfully assaulting, trespassing, battering, and then trafficking me to the Cabarrus County Detention Center where I was unlawfully imprisoned. I was fraudulently identified as a legal fiction with a "legal name" of a Trust I own.
3. I had my mom pay the ransom/extortion fee to US Bonding Company on Sunday February 16th, 2025 for $5,200. They used US Bonding to triangulate me to coerce and force me to come to the estate administration proceedings against my will when the date comes around. Early Monday morning February 17th, 2025, I sent KPD records and email to get a copy of the report and ticket but didn't hear back so I emailed the Police Chief, Terry Spry on Tuesday February 19th, 2025 and reported the occurrence. And emailed Captain Jennifer Clarke reporting the incident. Terry Spry responded back acknowledging my emails and said he would look into it when the officers came back on duty, copying Christopher D. Hill and Jennifer S. Clarke. Sergeant Hamilton called me on Thursday February 20th, 2025 to investigate my complaint which was pure negligence as he was the sergeant that was there in person on February 15th, 2025 supporting the unlawful and Unconstitutional arrest. He and I exchanged words, he refused to answer my questions and he was telling me lies about the video footage to get me to say things that didn't happen.
4. I was arrested by the KPD without a 4th amendment compliant warrant, deprived of due process of law and subjected to substandard statutes and codes.
5. Regardless of all the details, the fact of the matter is the Police Department is a private for profit corporate entity and has no say over any sovereign living man or woman. All of their actions were Unconstitutional and our society has been misled for a long time and led to believe they were a sovereign government authority for society but are in fact there as revenue officers for the federal corporation.

18 USC § 1201(a) – Kidnapping – KPD kidnapped me and held me for ransom for my liberty and freedom

18 USC § 219 – The KPD Officers work for a corporate municipality and are not a representative of a sovereign government authority. They are acting in a governmental capacity

31 U.S. Code §3729(a)(1)(A), (a)(1)(G), (a)(1)(B), and (a)(1)(E) – KPD Officer and Cabarrus County Sheriff's Officers willingly identified me as a legal fiction and Agent of the United States while refusing to acknowledge or see the paperwork I told them would satisfy their issues

42 CFR § 488.301 Abuse – Cabarrus County Detention Center willfully and intentionally unreasonably confined me without any probable cause hearing, without me making a mark on any paperwork, and psychologically abused me further with the intentional deprivation of my rights inflicting lasting emotional distress after already trying to recover from the last time and stolen property.

28 U.S. Code § 2007 – Locking me up and demanding payments in unlawful cash and putting a price on my freedom is imprisonment for debt when I can't pay the money in negotiable financial instruments

18 U.S. Code §§ 241, 242 – KPD conspired to deprive me of inalienable rights to freely travel after seeing my tag they waited outside Dollar General for me to drive away so they could pull me over and question me about it with no Probable Cause for the stop and no Reasonable Articulable Suspicion to search my truck, request my ID, or open my car door to get me out. No Search warrant for myself, the living man existed to unlawfully have Mueller Automotive steal my car with a tow truck.

18 U.S. Code § 1001 – Intentionally Concealed the facts the warrant was not for the living man and they were identifying a legal fiction not the actual living man. They intentionally identified me as an Agent of the United States as a "person" since it is a federal corporation under 28 U.S. Code 3002(15)(A).

18 U.S. Code § 1343 – Cabarrus County Clerk of Court is conspired with the Kannapolis Police Department to get myself, the living man into the court room by any means necessary under 42 U.S. Code § 1991 so I would fearfully agree to their estate administration scam concealed as "law" and "crime" when its banking and literal "charges" to my estate which I own the trust to.


Officer Petitt, Officer Smith, Sergeant Hamilton, 2 unnamed officers: Assaulted me, battered, assaulted, kidnapped, and trafficked me as well as were accessories to the felony of stealing my car through planned process and using system in place for stolen property. They gave Mueller Automotive the keys to my car without my consent.

## IV. RELIEF

>(These Figures are based on my personal treaty I have on file in the public)
>Kannapolis Police Department, Cabarrus County Sheriff's Department, and Cabarrus County Detention Center, and Cabarrus County Clerk of Court are operating a domestic terrorism cartel under the guise of "Government", with 4 Organizations alone not including each individual officers constitutes RICO under Title 18 Chapter 96

>>- $21,000,000 per 5 KPD Officers Assaulted, Battered, Trespassed, Kidnapped, Trafficked, and Unlawfully imprisoned me without a Lawful 4th amendment warrant
>>- $11,000,000 per 3 KPD Officers that failed to act after the fact making them accessories
>>- $100,000,000 – Kannapolis Police Department
>>- $10,000,000 Mueller Automotive

- $25,000 – Mueller Automotive Cost of GMC Yukon they stole and are extorting me to get back
- Apology Letter for their actions and breaking the law admitting the crimes they committed and acknowledging travelling is lawful and they are in the wrong for stopping anyone not in the act of committing a crime.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/26/25

Autograph of Living Man/Attorney in Fact[Plaintiff]: *All Rights Reserved, Without Prejudice : Edward M. [III]*

Printed Name of Living Man[Plaintiff]: *Edward McCallum III*